

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. **'21 MJ0068** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Rosario GONZALES-Vasquez, | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) Bringing in Unlawful Alien(s) Without Presentation |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about January 10, 2021, within the Southern District of California, Defendant, Rosario GONZALES-Vasquez, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Juan LOPEZ-Martinez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on January 11, 2021.

HON, ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Juan LOPEZ-Martinez is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 10, 2021, at approximately 8:37 P.M., Rosario GONZALES-Vasquez (Defendant), a United States citizen, applied for admission into the United States from Mexico through vehicle primary lanes at the San Ysidro, California Port of Entry, as the driver and sole visible occupant of a Honda Civic bearing California license plates. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented her California identification card as her entry document and stated she was going to San Ysidro, California. The CBP Officer received a negative declaration from Defendant and conducted a cursory inspection of the vehicle. The CBP Officer opened the trunk of the vehicle and discovered a person concealed within. Defendant was secured and escorted to the security office for initial processing. The vehicle was driven into secondary for further inspection.

In secondary, a lone male was assisted from the vehicle's trunk. The lone male was later identified as Juan LOPEZ-Martinez (Material Witness), a citizen and national of Mexico, with no entitlements to enter, pass through or reside in the United States.

Defendant was advised of her Miranda Rights and elected to make a statement. Defendant stated she agreed to bring from $5,000 to $7,000 USD to the United States and was to receive a phone call with instructions on where to drop off the money once successfully across. Defendant stated that she was not getting paid for transporting the money. Defendant stated she had no knowledge of the person concealed within her vehicle. Defendant stated she knows it's illegal to smuggle undocumented aliens into the United States.

Material Witness stated he is a citizen of Mexico, with no legal documents to enter the United States. Material Witness stated that he made the smuggling arrangements for $15,000 USD to be paid once successfully across into United States. Material Witness stated he was enroute to La Puente, California to resume employment and residence.